FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY  #4472
Chief, Special Crime Section

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Butrick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-01034 LEK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLEN YAMADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS ON January 16, 2014, the Court entered a Preliminary Order of Forfeiture ordering defendant, ALLEN YAMADA, to forfeit his interest in the following property:

> A personal money judgment in the amount of $793,136.00, which represents the proceeds the defendant derived from his wagering activities alleged in Count 1 of the Information. Said personal money judgment will be offset by $8,979.00 in U.S. currency seized from the residence of Allen Yamada on November 3, 2012

(Asset ID: 13-FBI-000786), and $25,000.00 in U.S. currency surrendered by Allen Yamada on April 25, 2013 (Asset ID: 13-FBI-003323).

WHEREAS, the forfeiture in this case consisted solely of a personal money judgment, the Court, pursuant to Rule 32.2(c)(1)of the Federal Rules of Criminal Procedure, need not conduct an ancillary hearing, and the United States need not cause the Preliminary Order of Forfeiture to be posted on an official government website (www.forfeiture.gov) for at least 30 consecutive days, as directed by the United States Attorney General in accordance with 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1).

WHEREAS, the Court found that a personal money judgment against defendant ALLEN YAMADA in the amount of $793,136.00 was supported by the evidence and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

WHEREAS, on April 9, 2014, the Defendant submitted Central Pacific Bank cashier's check 2456155, dated April 9, 2014, in the amount of $759,157.00 to the United States in satisfaction of the personal money judgment, and WHEREAS the defendant had previously agreed that the $8,979.00 in U.S. currency seized from his residence on November 3, 2012 (Asset ID: 13-FBI-000786), and the $25,000.00 in U.S. currency surrendered by him on April 25, 2013 (Asset ID: 13-FBI-003323) were to be applied to offset the amount of the personal money judgment; and

WHEREAS, the Court entered the Judgment in this case on May 16, 2014, (Doc. No. 22) stating the defendant shall forfeit his interest in the Subject Property to the United States and that a personal money judgment in the amount of $793,136.00 be entered against him;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Central Pacific Bank cashier's check 2456155, dated April 9, 2014, in the amount of $759,157.00 submitted in satisfaction of the personal money judgment as well as $8,979.00 in U.S. currency seized from the residence of the defendant on November 3, 2012 (Asset ID: 13-FBI-000786), and $25,000.00 in U.S. currency surrendered by the defendant on April 25, 2013 (Asset ID: 13-FBI-003323) are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to Central Pacific Bank cashier's check 2456155, dated April 9, 2014, in the amount of $759,157.00 as well as $8,979.00 in U.S. currency seized from the residence of the defendant on November 3, 2012 (Asset ID: 13-FBI-000786), and $25,000.00 in U.S. currency surrendered by the defendant on April 25, 2013 (Asset ID: 13-FBI-003323) are hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of by the United States Attorney General (or designee) and/or the Secretary of the Treasury (or designee) according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED AT HONOLULU, HAWAII, May 23, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

USA v. Allen Yamada
Cr. No. 13-01034 LEK
"Final Order of Forfeiture"